1

2

3

4

5

6

**TROUTMAN SANDERS LLP**
Chad R. Fuller, Bar No. 190830
chad.fuller@troutmansanders.com
Justin M. Brandt, Bar No. 278368
justin.brandt@troutmansanders.com
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone:   858-509-6000
Facsimile:    858-509-6040

7

8

Attorneys for Defendant
NATIONSTAR MORTGAGE
HOLDINGS, INC.

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

17

18

19

JIMMIE HODGE and
GLORIA HODGE, individually and
on behalf of a class of similarly
situated individuals,

        Plaintiffs,

v.

NATIONSTAR MORTGAGE
HOLDINGS, INC. and
BANK OF AMERICA, N.A.,

        Defendants.

Case No. 1:16-cv-01516-DAD-MJS

**SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME**

20

21

22

23

24

25

26

27

    Plaintiffs Jimmie Hodge and Gloria Hodge and Defendant Nationstar Mortgage Holdings, Inc. ("Nationstar"), by and through their respective counsel, hereby agree and stipulate as follows:

    WHEREAS, Plaintiffs served their Complaint on Nationstar in this action on October 11, 2016;

    WHEREAS, on November 1, 2016, the Nationstar filed a stipulation for extension of time of 28 days to respond to the Complaint;

28

WHEREAS, the current deadline for Nationstar to respond to the Complaint is November 29, 2016;

WHEREAS, Nationstar is requesting additional time to file its response to the Complaint so the parties can meet to discuss a potential resolution of the case;

WHEREAS, Plaintiffs have agreed to an extension until January 3, 2017. This is the same deadline Plaintiffs have granted to co-Defendant Bank of America, N.A.

IT IS HEREBY STIPULATED, by and between Plaintiffs and Nationstar, through their undersigned attorneys, that Nationstar's time to respond to the Complaint is extended up through and including **January 3, 2017**.

Dated: November 28, 2016          **TROUTMAN SANDERS LLP**


By:/s/ Justin M. Brandt
  Chad R. Fuller
  Justin M. Brandt
  *Attorneys for Defendant*
  NATIONSTAR MORTGAGE
  HOLDINGS, INC.

Dated: November 28, 2016          **HICKS THOMAS LLP**


By:/s/ Eric Grant
  (as authorized on this date)
  John B. Thomas (Bar No. 269538)
  Eric Grant (Bar No. 151064)
  *Attorneys for Plaintiffs*
  *JIMMIE HODGE and*
  *GLORIA HODGE*

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

-2-

STIPULATION FOR EXTENSION OF TIME
CASE NO: 16-CV-01516-DAD-MJS

1

## **ORDER**

2

3
Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that

4
Defendant Nationstar Mortgage Holdings, Inc. in case number 1:16-cv-01516-

5
DAD-MJS shall have an extension of time to respond to Plaintiffs' complaint up

6
through and including January 3, 2017.

7
IT IS SO ORDERED.

8

9
Dated:    November 29, 2016          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

-3-

STIPULATION FOR EXTENSION OF TIME
CASE NO: 16-CV-01516-DAD-MJS

## CERTIFICATE OF CM/ECF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 28, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Federal Rule of Civil Procedure 5 and Civil Local Rule 135. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.  Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Eric Grant, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.


/s/ *Justin M. Brandt*
Justin M. Brandt

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

-4-

STIPULATION FOR EXTENSION OF TIME
CASE NO: 16-CV-01516-DAD-MJS

29772489