1  **TROUTMAN SANDERS LLP**
Chad R. Fuller, Bar No. 190830
2  chad.fuller@troutmansanders.com
Justin M. Brandt, Bar No. 278368
3  justin.brandt@troutmansanders.com
11682 El Camino Real, Suite 400
4  San Diego, CA 92130-2092
Telephone:  858-509-6000
5  Facsimile:  858-509-6040
6
7  Attorneys for Defendant
NATIONSTAR MORTGAGE
8  HOLDINGS, INC.

9                 **UNITED STATES DISTRICT COURT**

10              **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12 JIMMIE HODGE and<br>GLORIA HODGE, individually and<br>13 on behalf of a class of similarly<br>situated individuals,<br>14<br>Plaintiffs,<br>15<br>v.<br>16<br>NATIONSTAR MORTGAGE<br>17 HOLDINGS, INC. and<br>BANK OF AMERICA, N.A.,<br>18<br>Defendants.<br>19 | Case No. 1:16-cv-01516-DAD-MJS<br><br>**STIPULATION TO EXTEND TIME<br>TO FILE RESPONSIVE PLEADING<br>AND TO RESCHEDULE<br>SCHEDULING CONFERENCE;<br>ORDER**<br><br>Current Date:  January 19, 2017<br>Proposed New Date:  March 2, 2017<br>Time:  10:30 a.m.<br>Ctrm.: 6 |

20

21        Plaintiffs Jimmie Hodge and Gloria Hodge and Defendants Nationstar

22  Mortgage Holdings, Inc. ("Nationstar") and Bank of America, N.A. ("BANA"), by

23  and through their respective counsel, hereby agree and stipulate as follows:

24        WHEREAS, Plaintiffs served their Complaint on Nationstar in this action on

25  October 11, 2016;

26        WHEREAS, on November 1, 2016, Nationstar filed a stipulation for

27  extension of time of 28 days to respond to the Complaint;

28        WHEREAS, on November 1, 2016, BANA signed a Waiver of the Service of

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

30000961v1

STIPULATION FOR EXTENSION OF TIME
CASE NO:16-CV-01516-DAD-MJS

Summons, setting the date for it to respond to the Complaint as January 3, 2017;

WHEREAS, on November 28, 2016, Nationstar filed a second stipulation for extension of time until January 3, 2017;

WHEREAS, the current deadline for both Nationstar and BANA to respond to the Complaint is January 3, 2017;

WHEREAS the parties have engaged in settlement discussions;

WHEREAS, Nationstar and BANA are requesting additional time to file their response to the Complaint so the parties can meet after the holidays during the week of January 9, 2017 (or another date mutually agreeable to all the parties), to further discuss potential settlement;

WHEREAS, Plaintiffs have agreed to an extension until February 3, 2017, for Defendants Nationstar and BANA to respond to the Complaint;

WHEREAS, Plaintiffs and Defendants agree that extending Defendants' response date to February 3, 2017, would require an extension of the currently scheduled Scheduling Conference; and

WHEREAS, subject to the approval of the Court, Plaintiffs and Defendants agree to continue the Scheduling Conference to March 2, 2017.

As such, ALL PARTIES STIPULATE and respectfully REQUEST the Court to order:

1.      The date for all defendants to file a responsive pleading to the Complaint will be February 3, 2017.

2.      The January 19, 2017 Scheduling Conference is continued to March 2, 2017 at 10:30 a.m. in Courtroom 6.

IT IS SO STIPULATED:

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA. 92130-2092

30000961v1

STIPULATION FOR EXTENSION OF TIME
CASE NO: 16-CV-01516-DAD-MJS

1  Dated: December 20, 2016          **TROUTMAN SANDERS LLP**

2

3                                    By:/s/ Justin M. Brandt

4                                        Chad R. Fuller
                                         Justin M. Brandt
5                                        *Attorneys for Defendant*
                                         NATIONSTAR MORTGAGE
6                                        HOLDINGS, INC.

7  Dated: December 20, 2016          **BRYAN CAVE LLP**

8

9                                    By:/s/ Douglas A. Thompson

10                                       (as authorized on this date)
                                         Douglas A. Thompson
11                                       *Attorneys for Defendant*
                                         BANK OF AMERICA, N.A.
12

13 Dated: December 20, 2016          **HICKS THOMAS LLP**

14

15                                   By:/s/ John B. Thomas

16                                       (as authorized on this date)
                                         John B. Thomas (Bar No. 269538)
                                         Eric Grant (Bar No. 151064)
17                                       *Attorneys for Plaintiffs*
                                         *JIMMIE HODGE and*
18                                       *GLORIA HODGE*

19

20

21

22

23

24

25

26

27

28

30000961v1                           STIPULATION FOR EXTENSION OF TIME
                                     CASE NO: 16-CV-01516-DAD-MJS

## ORDER

Pursuant to the parties' stipulation in case number 1:16-cv-01516-DAD-MJS, IT IS HEREBY ORDERED that Defendants Nationstar Mortgage Holdings, Inc. and Bank of America, N.A. shall have an extension of time to respond to Plaintiffs' complaint up through and including February 3, 2017, and the January 19, 2017 Scheduling Conference is continued to March 2, 2017, at 10:30 a.m. in Courtroom 6 before the undersigned.

IT IS SO ORDERED.

Dated:     December 23, 2016           /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

30000961v1

STIPULATION FOR EXTENSION OF TIME
CASE NO: 16-CV-01516-DAD-MJS

## CERTIFICATE OF CM/ECF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 20, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Federal Rule of Civil Procedure 5 and Civil Local Rule 135. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.  Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to John B. Thomas, counsel for Plaintiffs, and that I have obtained his authorization to affix his electronic signature to this document.


/s/ Justin M. Brandt
Justin M. Brandt

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

30000961v1

29966743

STIPULATION FOR EXTENSION OF TIME
CASE NO: 16-CV-01516-DAD-MJS