**TROUTMAN SANDERS LLP**
Chad R. Fuller, Bar No. 190830
chad.fuller@troutmansanders.com
Justin M. Brandt, Bar No. 278368
justin.brandt@troutmansanders.com
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone:   858-509-6000
Facsimile:    858-509-6040

Attorneys for Defendant
NATIONSTAR MORTGAGE
HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE HODGE and GLORIA HODGE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE HOLDINGS, INC. and BANK OF AMERICA, N.A.,<br><br>Defendants. | Case No. 1:16-cv-01516-DAD-MJS<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND TO RESCHEDULE SCHEDULING CONFERENCE; ORDER**<br><br>Current Date:         March 2, 2017<br>Proposed New Date: March 30, 2017<br>Time:                      10:00 a.m.<br>Courtroom:             6 |

Plaintiffs Jimmie Hodge and Gloria Hodge and Defendants Nationstar Mortgage Holdings, Inc. ("Nationstar") and Bank of America, N.A. ("BANA"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs served their Complaint on Nationstar in this action on October 11, 2016;

WHEREAS, on November 1, 2016, Nationstar filed a stipulation for extension of time of 28 days to respond to the Complaint;

WHEREAS, on November 1, 2016, BANA signed a Waiver of the Service of Summons, setting the date for it to respond to the Complaint as January 3, 2017;

WHEREAS, on November 28, 2016, Nationstar filed a second stipulation for extension of time until January 3, 2017;

WHEREAS, on December 20, 2016, the Parties filed a stipulation for extension of time until February 3, 2017;

WHEREAS, the current deadline for both Nationstar and BANA to respond to the Complaint is February 3, 2017;

WHEREAS, the parties have engaged in settlement discussions and informally exchanged documents;

WHEREAS, Nationstar and BANA are requesting additional time to file their response to the Complaint so Plaintiffs can review the documents and the parties can continue to discuss potential settlement;

WHEREAS, Plaintiffs have agreed to an extension until March 3, 2017, for Defendants Nationstar and BANA to respond to the Complaint;

WHEREAS, Plaintiffs and Defendants agree that extending Defendants' response date to March 3, 2017, would require an extension of the currently scheduled Scheduling Conference; and

WHEREAS, subject to the approval of the Court, Plaintiffs and Defendants agree to continue the Scheduling Conference to March 30, 2017.

As such, ALL PARTIES STIPULATE and respectfully REQUEST the Court to order:

1. The date for all defendants to file a responsive pleading to the Complaint will be March 3, 2017.

2. The March 2, 2017 Scheduling Conference is continued to March 30, 2017 at 10:00 a.m. in Courtroom 6.

\\

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

30267829v1

STIPULATION FOR EXTENSION OF TIME
CASE NO: 16-CV-01516-DAD-MJS

**IT IS SO STIPULATED:**

Dated: January 27, 2017  **TROUTMAN SANDERS LLP**

By:*/s/ Justin M. Brandt*
   Chad R. Fuller
   Justin M. Brandt
   *Attorneys for Defendant*
   NATIONSTAR MORTGAGE
   HOLDINGS, INC.

Dated: January 27, 2017  **BRYAN CAVE LLP**

By:*/s/ Douglas A. Thompson*
   (as authorized on this date)
   Douglas A. Thompson
   *Attorneys for Defendant*
   BANK OF AMERICA, N.A.

Dated: January 27, 2017  **HICKS THOMAS LLP**

By:*/s/ John B. Thomas*
   (as authorized on this date)
   John B. Thomas (Bar No. 269538)
   Eric Grant (Bar No. 151064)
   *Attorneys for Plaintiffs*
   JIMMIE HODGE and
   GLORIA HODGE

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

30267829v1

STIPULATION FOR EXTENSION OF TIME
CASE NO: 16-CV-01516-DAD-MJS

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendants Nationstar Mortgage Holdings, Inc. and Bank of America, N.A. shall have an extension of time to respond to Plaintiffs' complaint in case number 1:16-cv-01516-DAD-MJS up through and including March 3, 2017, and that the March 2, 2017 Scheduling Conference in this case is continued to March 30, 2017, at 10:00 a.m. in Courtroom 6 before the undersigned.

IT IS SO ORDERED.

Dated:   January 30, 2017           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

30267829v1

STIPULATION FOR EXTENSION OF TIME
CASE NO: 16-CV-01516-DAD-MJS

**CERTIFICATE OF CM/ECF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 27, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Federal Rule of Civil Procedure 5 and Civil Local Rule 135. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.

Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to John B. Thomas, counsel for Plaintiffs, and Douglas A. Thompson, counsel for BANA, and that I have obtained their authorizations to affix their electronic signatures to this document.

*/s/ Justin M. Brandt*
Justin M. Brandt

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

30267829v1
29966743

STIPULATION FOR EXTENSION OF TIME
CASE NO: 16-CV-01516-DAD-MJS